FILED IN CHAMBERS
U.S.D.C. - Rome

NOV 1 8 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GUY-LUCE FLORVIL FENELON,   No.
A 079-079-832

        Petitioner,

    v.

ERIC HOLDER, Attorney General
of the United States, et al.,

        Respondents.

CIVIL ACTION

NO. 1:10-CV-1320-RLV

 O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this _18th_ day of November, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge